# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 16-CR-00012-01-DW-W |
| v. ) | |
| ) | |
| ROSCOE D. TEAGUES, III, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation. Doc. 29. Neither party has filed an objection to the Report and Recommendation. After an independent review, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 29) be attached to and made a part of this Order; it is further

ORDERED that the Court finds Defendant Roscoe D. Teagues, III is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

IT IS SO ORDERED.

Date: August 23, 2016 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge