# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ROSCOE D. TEAGUES, III, ) ) Defendant. ) | Case No. 16-CR-00012-01-W-DW |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation to deny Defendant Roscoe D. Teagues, III's (the "Defendant") Motion to Suppress Statements. See Docs. 36, 44. The Defendant filed an "Objection to Report and Recommendation With Suggestions," which "renews the arguments put forth in his motion to suppress evidence." See Doc. 45.

After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 44). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Statements (Doc. 36).

IT IS SO ORDERED.

Date: March 9, 2017

/s/ Dean Whipple
Dean Whipple
United States District Judge