IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00012-01-CR-W-BP |
| | ) | |
| ROSCOE D. TEAGUES, III, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Justin Davids/Bradley Kavanaugh
      Case Agent: Detective Troy Schwalm of the KCPD.
      Defense: William M. Ermine

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**
      Government: 7 with stipulations
      Defendant: 2 witnesses, including the defendant

**TRIAL EXHIBITS**
      Government: 20 exhibits
      Defendant: No additional exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
      (X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1-1 1/2 days**
      Government's case including jury selection: 1-1 1/2 days
      Defense case: less than two hours

**STIPULATIONS**: The parties have signed stipulations on chain of custody, origin of the
firearm and the defendant's prior convictions.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

   **Witness and Exhibit List**
   Government: (filed 5/12/17) **no later than thirty days prior to trial**
   Defense: (filed 5/15/17) **no later than thirty days prior to trial**

   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, June 7, 2017.**
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:**  By May 26, 2017 defense counsel will file a motion in limine pertaining to the video if the parties are unable to agree as to how the video should be edited.  The government will respond by June 2.  However, the parties believe they will probably agree as to how the video should be edited.

**TRIAL SETTING**: Criminal jury trial docket set for June 12, 2017.

   **Please note: The case need to start the first week of the docket as the case agent is leaving town beginning June 15.**

**IT IS SO ORDERED.**

_Sarah W. Hays_

SARAH W. HAYS
United States Magistrate Judge