IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-00012-01-CR-W-BP |
| | ) | |
| ROSCOE D. TEAGUES, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Roscoe Teagues pleaded guilty to possessing a stolen firearm; on March 8, 2018, the Court sentenced him to 96 months in the custody of the Bureau of Prisons and a three-year term of supervised release. (Doc. 78, pp. 1-3.) Defendant has completed his custodial sentence and is currently accused of violating the Standard and Mandatory conditions of his supervised release. Revocation proceedings are ongoing.

On February 14, 2024, Defendant's Counsel filed a Motion for Determination of Competency, which asked the Court to order a mental examination of Defendant pursuant to 18 U.S.C. § 4241 and provided support for the request. (Doc. 111). A week later, the Court granted the Motion.[1] (Doc. 112.) Defendant subsequently underwent a mental examination, and a Forensic Evaluation was prepared by Priyanka Rao, Psy.D., and Robin Watkins, Ph.D., ABPP, who found that, while Defendant suffers from mental diseases, they do not render him incompetent to proceed. (*See* Doc. 119.)

---

[1] After the Motion was granted, the Court received correspondence from Defendant and found additional inquiry into the basis of the Motion was required; as a result, it directed Defendant's counsel to provide further explanation. (Doc. 113.) Defendant's counsel complied on March 12, 2024, (Doc. 116), and, upon review of the additional information, the Court kept its prior Order in effect, (Doc. 117).

The case was later referred the Honorable Lajuana M. Counts, Magistrate Judge for this District. (Doc. 120.) On July 12, 2024, she held a Competency Hearing, in which the parties stipulated that Dr. Rao and Dr. Watkins would testify consistent with their Forensic Evaluation and offered no other evidence. (*See* Doc. 124.) Thereafter, Judge Counts issued a Report and Recommendation (the "Report"), suggesting the Court find Defendant "is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense." (Doc. 123, p. 3.) While the parties are permitted file objections, *see* Local Rule 74.1(b), the Report notes "[c]ounsel have waived the filing of any objections . . . and agree that the issue of competency is ready for ruling by the district judge." (Doc. 123, p. 3; *see also* Doc. 124, p. 4.)

The Court has conducted a *de novo* review of the Record (including Dr. Rao and Dr. Watkins's Forensic Evaluation) and Judge Count's Report. It agrees with her conclusions. Therefore, the Report and Recommendation is **ADOPTED** in its entirety, and Defendant is **DEEMED** competent to proceed.

**IT IS SO ORDERED.**

Date: <u>July 17, 2024</u>

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT